1215.0027

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-80030-Middlebrooks/Brannon

JAMES PITTMAN,

    Plaintiff,

vs.

WESTERN BEEF RETAIL, INC.,
PETER CASTELLANA, JR.,
THOMAS MORANZONI and
RICHARD FRASCHILLA, Individually

    Defendants.
_____/

## MOTION TO COMPEL DEPOSITIONS

COMES NOW the Defendants, WESTERN BEEF RETAIL, INC., PETER CASTELLANA, JR., THOMAS MORANZONI and RICHARD FRASCHILLA (Collectively, "the Defendants") by and through the undersigned attorneys hereby files this Motion to Compel the Depositions of James Pittman and Christopher Koch and in support states as follows:

    1.    The undersigned has made numerous requests to obtain deposition dates for James Pittman and Christopher Koch from Plaintiff's counsel but they have been uncooperative.

    2.    On April 21, 2014, the undersigned asked for deposition dates, and to date, no deposition dates have been provided. Attached hereto is a copy of the April 21, 2014

e-mail, Exhibit "A".

3. Today the undersigned was informed, by Plaintiff's counsel that they would not be available until May 13, 2014 through May 16, 2014 and would not provide the availability of Mr. Pittman and Mr. Koch for deposition. Instead, they requested deposition dates of the Defendants only.

4. As such, we filed a Notice of Taking Depositions, which is attached hereto as Exhibit "B".

WHEREFORE, the Defendants, respectfully request this Court enter and Order Compelling the depositions of James Pittman and Christopher Koch to proceed forward on May 5, 2014 in accordance with Exhibit "B" and for such other relief as this Court deem just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movants has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, but were unable to reach an agreement.

Dated: April 30, 2014

Respectfully submitted,

*/s/ Michael M. Riedhammer*
FBN: 147710
Email: Service@hpslegal.com
HALICZER PETTIS & SCHWAMM, P.A.
One Financial Plaza, Seventh Floor
100 SE 3rd Avenue
Fort Lauderdale, FL 33394
*Attorneys for Defendant, Western Beef*
Telephone: 954-523-9922
Facsimile: 954-522-2512

Certificate of Service

I HEREBY CERTIFY that on the 30th day of April, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Michael M. Riedhammer*
MICHAEL M. RIEDHAMMER

**SERVICE LIST**

Andrew I. Glenn, Esq.
AGlenn@JaffeGlenn.com
Jaffe Glenn Law Group, PA
12000 Biscayne Blvd., Suite 707
Miami, Florida 33181
*Attorney for Plaintiff*
305-726-0060
305-726-0046- FAX
JJaffee@JaffeeGlenn.com