## Sandra Perez

**From:** Adrian Alvarez
**Sent:** Wednesday, April 30, 2014 10:08 AM
**To:** Sandra Perez
**Subject:** FW: Pittman v Western Beef

**Importance:** High

---

**From:** Adrian Alvarez
**Sent:** Monday, April 21, 2014 11:48 AM
**To:** Jodi Jaffe
**Cc:** Michael Riedhammer; Sandra Perez
**Subject:** Pittman v Western Beef
**Importance:** High

Jodi-

It was nice speaking with you earlier today. Please provide me with available dates between tomorrow and May 18th, 2014 for the depositions of each of the following folks:

1. James Pittman (4 HOURS)
2. Chris Koch (7 HOURS (Day 1), 2 HOURS (Day 2))
3. Jose Delgado (4 HOURS)
4. Scott Betz (4 HOURS)
5. Marcelina Jimenez (4 HOURS)

If Mr. Koch is willing to waive the 7 hour limitation pursuant to Rule 30, then I should be able to complete his deposition in one day (8-9 hours maximum, including one hour lunch break and as many breaks as you all may need during the deposition without significant disruption).

Please advise,
Adrian

## Haliczer Pettis & Schwamm
ATTORNEYS AT LAW

Adrian J. Alvarez, Esq. / Attorney at Law / One Financial Plaza, Seventh Floor / Fort Lauderdale, FL 33394
Tel 954.523.9922 / Fax 954.522.2512 / E-Mail: aalvarez@hpslegal.com / Website: www.hpslegal.com

CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential information and is exempt from disclosure under applicable law. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the facsimile is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.


EXHIBIT A