UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-80030-Middlebrooks/Brannon

JAMES PITTMAN,

    Plaintiff,

vs.

WESTERN BEEF INC., WESTERN BEEF
RETAIL, INC., PETER CASTELLANA, JR.,
THOMAS MORANZONI and RICHARD
FRASCHILLA, Individually

    Defendants.
_____/

### NOTICE OF TAKING DEPOSITION[1]

To:   ALL PARTIES ON THE ATTACHED MAILING LIST

PLEASE TAKE NOTICE that the undersigned will take the deposition of:

| NAMES | DATE & TIME |
|---|---|
| James Pittman | May 5, 2014 at 9:00 a.m. |
| Christopher Koch | May 5, 2014 at 12:00 p.m. |

**PLACE:**     Hi-Tech Reporting
1218 S.E. Third Avenue
Ft. Lauderdale, FL 33316
(954) 525-2221

upon oral examination before a notary public or an officer duly authorized by law to take depositions in the State of Florida, and a person who is neither a relative, nor employee,

---

[1] Despite our e-mail of April 21, 2014, (attached hereto as Exhibit A) to date, no depositions dates have been provided.


EXHIBIT B

depositions in the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery for use at trial or for such other purposes as are permitted under the rules of the Court.

    I HEREBY CERTIFY that the foregoing document was sent via e-mail to all counsel of record on the attached mailing list on this 30 day of April, 2014.

                        HALICZER, PETTIS & SCHWAMM, P.A.
                        *Attorneys for Defendants*
                        One Financial Plaza - Seventh Floor
                        100 S. E. 3rd Avenue
                        Fort Lauderdale, FL  33394
                        (954) 523-9922 - FAX (954) 522-2512
                        E-Mail Designation: Service@hpslegal.com

                        By: _____
                            MICHAEL M. RIEDHAMMER, ESQ.
                            Florida Bar No: 147710

MMR/AJA/sp

F:\CASEFOLDERS\1215.0027\ND-PITTMAN.wpd

## MAILING LIST

Andrew I. Glenn, Esq.
AGlenn@JaffeGlenn.com
Jaffe Glenn Law Group, PA
12000 Biscayne Blvd., Suite 707
Miami, Florida 33181
*Attorney for Plaintiff*
305-726-0060
305-726-0046- FAX
JJaffee@JaffeeGlenn.com

**Sandra Perez**

| | |
|---|---|
| **From:** | Adrian Alvarez |
| **Sent:** | Wednesday, April 30, 2014 10:08 AM |
| **To:** | Sandra Perez |
| **Subject:** | FW: Pittman v Western Beef |
| **Importance:** | High |

**From:** Adrian Alvarez
**Sent:** Monday, April 21, 2014 11:48 AM
**To:** Jodi Jaffe
**Cc:** Michael Riedhammer; Sandra Perez
**Subject:** Pittman v Western Beef
**Importance:** High

Jodi-

It was nice speaking with you earlier today. Please provide me with available dates between tomorrow and May 18th, 2014 for the depositions of each of the following folks:

1. James Pittman (4 HOURS)
2. Chris Koch (7 HOURS (Day 1), 2 HOURS (Day 2))
3. Jose Delgado (4 HOURS)
4. Scott Betz (4 HOURS)
5. Marcelina Jimenez (4 HOURS)

If Mr. Koch is willing to waive the 7 hour limitation pursuant to Rule 30, then I should be able to complete his deposition in one day (8-9 hours maximum, including one hour lunch break and as many breaks as you all may need during the deposition without significant disruption).

Please advise,
Adrian

# Haliczer Pettis & Schwamm
ATTORNEYS AT LAW

Adrian J. Alvarez, Esq. / Attorney at Law / One Financial Plaza, Seventh Floor / Fort Lauderdale, FL 33394
Tel 954.523.9922 / Fax 954.522.2512 / E-Mail: aalvarez@hpslegal.com / Website: www.hpslegal.com

*CONFIDENTIALITY NOTICE: The information contained in this electronic message is legally privileged and confidential information and is exempt from disclosure under applicable law. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the facsimile is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.*



1